IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 10-1138-TUC-JMR(JCG) |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| Filemon Herrera-Castillo, | ) | |
| | ) | |
| Defendant. | ) | |

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated October 12, 2010.

This case remains set for trial on November 30, 2010.

DATED this 5th day of November, 2010.

John M. Roll
Chief United States District Judge